DANIEL J. BRODERICK
Federal Defender
KELLY JAFINE, BAR #265601
Staff Attorney
Federal Defender's Office
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID INFANTE-PLANCARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 10-019-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | |
| v. | ) | |
| | ) | DATE: April 9, 2010 |
| DAVID INFANTE-PLANCARTE, | ) | Time: 10:00 a.m. |
| | ) | Judge: Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, DAVID INFANTE-PLANCARTE, by and though his counsel, KELLY JAFINE, Staff Attorney at the Federal Defender's Office, that the status conference set for Friday, March 26, 2010, be continued as a status conference/change of plea hearing to Friday, April 9, 2010, at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to discuss the resolution of this case with the government and the defendant.  The additional time is necessary to ensure effective preparation, taking into account

1

the exercise of due diligence.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for April 9, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 23, 2010

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Kelly Jafine
Staff Attorney
Federal Defender
Attorney for Defendant
DAVID INFANTE-PLANCARTE

DATED:  March 23, 2010        BENJAMIN B. WAGNER
United States Attorney

/s/  Kelly Jafine for
MICHAEL ANDERSON
Assistant U.S. Attorney

**SO ORDERED.**

Dated: March 23, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge